548 P.2d 452

**WOODBINE MANUFACTURING COMPANY, Petitioner,**

v.

**Guy DEEM, Individually and as guardian of the person and Estate of Eric Deem, a minor, Respondent.**

**No. 10823.**

Supreme Court of New Mexico.

April 22, 1976.

ORIGINAL PROCEEDING ON CERTIORARI DECISION

The district court granted Woodbine's 41(b) motion (§ 21–1–1(41)(b) N.M.S.A. 1953) at the close of Deem's case, made findings of fact and conclusions of law and entered judgment in favor of the former.

Upon appeal, the Court of Appeals handed down an opinion authored by Sutin, J., in which Lopez, J. concurred and from which Hernandez, J. dissented, reversing the district court and remanding the case with directions. *Deem v. Woodbine Manufacturing Company*, 89 N.M. 50, 546 P.2d 1207 (1976). We granted certiorari.

The opinion of the Court of Appeals is disapproved. We direct that it not be cited as precedent.

The Court of Appeals is reversed. The district court is affirmed.

IT IS SO ORDERED.

548 P.2d 452

**In the Matter of Norman E. RUNYAN, Attorney at Law.**

**No. 10796.**

Supreme Court of New Mexico.

March 17, 1976.

OMAN, Chief Justice.

This matter coming on for consideration by the Court upon Disciplinary Board Decision, and Norman E. Runyan appearing in person before the Court; Mr. Chief Justice Oman, Mr. Justice McManus, Mr. Justice Stephenson, Mr. Justice Sosa sitting;

NOW, THEREFORE, IT IS ORDERED that the recommendation of the Disciplinary Board be and the same is hereby adopted and approved by the Court; that Norman E. Runyan be and he hereby is publicly reprimanded by the Supreme Court by reason of his violation of Rule 6–101(A) (3) of the Disciplinary Rules; that he hereby is ordered to reimburse the estate in the amount of $486 interest and $110 bond premium.